UNITED STATES of America,
Plaintiff—Appellee,

v.

Willie Edward HOPKINS, III, a/k/a
W.E. Hopkins, a/k/a Bill Hopkins,
a/k/a Willie Hopkins, a/k/a Little Bill,
a/k/a Bill, Jr., Defendant—Appellant.

No. 03–7588.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 26, 2004.

Willie Edward Hopkins, III, Appellant pro se. Fernando Groene, Office of the United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Willie Edward Hopkins, III, appeals the district court's orders denying relief on his motion seeking a reduction of his sentence. Our review of the record discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hopkins v. United States,* No. CR–97–9–2–3 (E.D. Va. Aug. 7, 2003 & Sept. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*